**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE:  PRADAXA (DABIGATRAN | ) | 3:12-md-02385-DRH |
| ETEXILATE) PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2385 |
| | ) | |

**This Document Relates To:**

The Member Actions Subject to the NOTICE of Settlement of Stipulation of Dismissal with Prejudice of Settled Actions (MDL 2385 Doc. 673) and Identified in Exhibit 1 Attached Thereto (MDL 2385 Doc. 673-1)

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**     These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on May 29, 2015 (MDL 2385 Doc. 673), the member actions identified in Exhibit 1 to the parties' Stipulation of Dismissal (Doc. 673-1) are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**

**ACTING CLERK OF COURT**


BY:   /s/*Caitlin Fischer*
            **Deputy Clerk**

**Dated:**  June 15, 2015

Digitally signed by
David R. Herndon
Date: 2015.06.15
09:38:44 -05'00'

**APPROVED:**
            **CHIEF JUDGE**
            **U. S. DISTRICT COURT**